JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| GIRGIS MIKHAIL,<br><br>                    Petitioner,<br><br>        v.<br><br>ERNESTO SANTACRUZ JR., et. al.,<br><br>                    Respondents. | Case No. EDCV 26-1364-PA (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: April 13, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE